# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GERTRUDE WARTH,

    Plaintiff,

v.                                            Case No. 6:22-cv-00107- CEM-EJK

CONVERGENT OUTSOURCING INC,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Convergent Outsourcing, Inc., through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 19, 2022

                                            Respectfully submitted,

                                            */s/ Ashley Wydro*
                                            Ashley Wydro, Esq.
                                            Florida Bar No. 0106605
                                            Dayle M. Van Hoose, Esq.
                                            Florida Bar No. 0016277
                                            SESSIONS, ISRAEL & SHARTLE
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, Florida 33618
                                            Telephone: (813) 440-5327

Facsimile: (877) 334-0661  
awydro@sessions.legal  
dvanhoose@sessions.legal  
*Counsel for Defendant,*  
*Convergent Outsourcing, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May 2022, a copy of the foregoing was filed electronically in the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.  
Thomas J. Patti, Esq.  
The Law Offices of Jibrael S. Hindi  
110 SE 6th Street, Suite 1744  
Fort Lauderdale, FL 33301  
jibrael@jibraellaw.com  
tom@jibraellaw.com

　　　　　　　　　　　　　　　　　　*/s/ Ashley Wydro*　  
　　　　　　　　　　　　　　　　　　Attorney