UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GERTRUDE WARTH,**

      **Plaintiff,**

v.                                               Case No.  6:22-cv-107-CEM-EJK

**CONVERGENT OUTSOURCING, INC.,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Pending Settlement (Doc. 13), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record